IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01408-REB-MEH

HOLLAND & HART LLP,

    Plaintiff,

v.

HARRY A. MILLS and
MICRO-MACRO INTERNATIONAL, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 25, 2008.**

    Pending before the Court is Plaintiff's Motion to Compel Micro-Macro International, Inc. To Provide Complete and Non-Evasive Responses to Written Discovery ("Motion") [docket #25]. Pursuant to REB Practice Standard V.C.2., the Response to the Motion filed November 24, 2008 [docket #30] is hereby **stricken** for failure to comply with REB Practice Standards II.E. and V.B.