IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01408-REB-MEH

HOLLAND & HART LLP,

    Plaintiff,

v.

HARRY A. MILLS and
MICRO-MACRO INTERNATIONAL, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 8, 2009.**

    In the interests of judicial economy and efficiency, Defendants' Motion to Vacate Settlement Conference [filed January 7, 2009; docket #49] is **granted**. Counsel for the parties are directed to conference together and contact my Chambers at (303) 844-4507 **on or before January 12, 2009** to obtain an alternate date.