IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-01408-REB-MEH | Date: February 17, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| HOLLAND & HART LLP, | Carolyn J. Fairless |
| | Michael L. O'Donnell |
| Plaintiff, | |
| vs. | |
| HARRY A. MILLS and | Charlotte Anne Wiessner |
| MICRO-MACRO INTERNATIONAL, INC., | Marcy Marie Heronimus |
| | Lawrence W. Treece |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:** 3:20 p.m.

The Court calls case. Appearances of counsel. Also present: Peter Houtsma, Joe Halpern and Craig Stewart.

Argument and discussion regarding Plaintiff's Motion to Compel Micro-Macro International, Inc., to Provide Complete and Non-Evasive Responses to Written Discovery (Doc. #25, filed 11/14/08).

**ORDERED:** Plaintiff's Motion to Compel Micro-Macro International, Inc., to Provide Complete and Non-Evasive Responses to Written Discovery (Doc. #25, filed 11/14/08) is GRANTED in part and DENIED in part as stated on the record.

Argument and discussion regarding Defendants' Motion to Compel Responses to Harry Mills' First Discovery Requests and Second Requests for Production of Documents (Doc. #53, filed 1/22/09) and Defendants' Motion to Compel Responses to Micro-Macro International, Inc.'s First Discovery Requests (Doc. #54, filed 1/22/09).

4:47 p.m.   Peter Houtsma makes statements to the Court regarding documents requested.

Mr. Treece provides the Court and Plaintiff's counsel with a worksheet regarding the Motions to Compel. The Court directs Mr. Treece to file the worksheet as a Supplement to the Motions to Compel.

**ORDERED:** This hearing is continued to **March 13, 2009, at 9:00 a.m.** The time set for the hearing may change, due to the Court's prior commitments.

Discussion regarding the Stipulated Motion to Extend Deadlines for Designating Certain Expert Witnesses (Doc. #58, filed 2/13/09).

Counsel are directed to meet and confer and attempt to resolve some issues informally prior to the next hearing.

Mr. O'Donnell requests that the transcript of this hearing be sealed. Defendants' counsel have no objection.

**ORDERED:** The transcript of this hearing will be sealed, due to ongoing litigation in Florida.

**ORDERED:** For reasons stated on the record, the Stipulated Motion to Extend Deadlines for Designating Certain Expert Witnesses (Doc. #58, filed 2/13/09) is GRANTED. The following deadlines are extended:

- Initial Experts Deadline: March 31, 2009
- Rebuttal Experts Deadline: April 30, 2009
- Fact and Expert Discovery Cutoff: May 31, 2009

**ORDERED:** Plaintiff's response to Defendants' Supplement to the Motions to Compel Responses (Docs. #53 and #54) shall be filed by **February 27, 2009.**

**Court in recess:** 5:30 p.m. **(Hearing continued)**
**Total time in court:** 2:10