IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-01408-REB-MEH | Date: March 13, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| HOLLAND & HART LLP, | Carolyn J. Fairless |
| | Michael L. O'Donnell |
| Plaintiff, | |
| vs. | |
| HARRY A. MILLS and | Charlotte Anne Wiessner |
| MICRO-MACRO INTERNATIONAL, INC., | Marcy Marie Heronimus |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING (continuation from 2/17/09 re: Docs. #53, #54, and #19)**

**Court in session:** 9:09 a.m.

The Court calls case. Appearances of counsel. Also present: Peter Houtsma and Joe Halpern.

Counsel advise the Court that they have narrowed some of the issues contained in the Motions to Compel (Docs. #53 and #54), as identified in Dr. Mills' and Micro-Macro International's Supplement and Status Report Re: Pending Discovery Dispute (Doc. #67, filed 3/10/09), and the Court and counsel discuss the issues identified.

**ORDERED:** Defendants' Motion to Compel Responses to Harry Mills' First Discovery Requests and Second Requests for Production of Documents (Doc. #53, filed 1/22/09) and Defendants' Motion to Compel Responses to Micro-Macro International, Inc.'s First Discovery Requests (Doc. #54, filed 1/22/09) are GRANTED in part and DENIED in part as stated on the record. The documents that Plaintiff has been ordered to produce to Defendants shall be produced by **May 13, 2009.**

Discussion regarding pending deadlines and hearings.

Argument and discussion regarding Plaintiff's request for additional deposition time with Dr. Mills.

**ORDERED:** The Court will allow one additional hour for Dr. Mills' deposition, to be done on a day that a Rule 30(b)(6) deposition takes place.

Argument and discussion regarding Plaintiff's Motion for Protective Order Regarding Privilege Log and Request for Discovery Status Conference (Doc. #19, filed 11/3/08).

**ORDERED:** Given the Court's rulings on the motions above, Plaintiff's Motion for Protective Order Regarding Privilege Log (Doc. #19, filed 11/3/08) is DENIED as moot. Plaintiff will produce a Privilege Log for any documents counsel refuse to produce that have been ordered to be produced or redacted.

Ms. Fairless requests that the transcript of this hearing be sealed. Defendants' counsel have no objection.

**ORDERED:** The transcript of this hearing will be sealed, due to ongoing litigation in Florida.

**Court in recess:** **11:06 a.m. (Hearing concluded)**
**Total time in court:** 1:57