IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01408-REB-MEH

HOLLAND & HART LLP,

    Plaintiff,

v.

HARRY A. MILLS and
MICRO-MACRO INTERNATIONAL, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2009.**

    The Joint Motion for Entry of Amendment to Protective Order [filed March 26, 2009; docket #71] is **granted**. The Amendment to Protective Order is filed contemporaneously with this minute order.