# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01408-REB-MEH

HOLLAND & HART LLP

       Plaintiff,

v.

HARRY A. MILLS and
MICRO-MACRO INTERNATIONAL, INC.

       Defendants.

## AMENDMENT TO PROTECTIVE ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Upon a showing of good cause, IT IS ORDERED that the Protective Order entered by the Court on November 17, 2008 (the "Protective Order"), is hereby amended as follows:

1. A producing party may designate as "CONFIDENTIAL—ATTORNEY'S EYES ONLY" any information or documents that the Court has ordered or the parties have agreed at the March 13, 2009 hearing could be so designated. Documents, materials, and/or other information designated as CONFIDENTIAL—ATTORNEY'S EYES ONLY shall not, without the consent of the party producing it or further Order of the Court, be disclosed except that such information may be disclosed to any person listed in Paragraph 4(a), (b), (e), (f) and (h) of the Protective Order. CONFIDENTIAL – ATTORNEYS' EYES ONLY information also may be disclosed to any person listed in Paragraph 4(d) and (g), provided that such person is not employed by or affiliated with

(i) any party adverse to the producing party in this litigation; or (ii) any competitor of the producing party.

2. Other than narrowing the group of people who may access the information, information designated as "CONFIDENTIAL—ATTORNEY'S EYES ONLY" will be treated the same way as other information designated as CONFIDENTIAL pursuant to the terms of the Protective Order.

3. Except as expressly modified by this Amendment, the Protective Order remains an Order of this Court.

DATED this 27th day of March, 2009, in Denver, Colorado.

BY THE COURT:

 s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge