IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01408-REB-MEH

HOLLAND & HART LLP,

    Plaintiff,

v.

HARRY A. MILLS, and
MICRO-MACRO INTERNATIONAL, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 8, 2009.**

    The parties have executed a settlement of this matter; therefore, Plaintiff's Motion for Sanctions Pursuant to F.R.C.P. 37(b)(2)(A) and 37(b)(2)(C) [filed April 17, 2009; docket #81] is **denied as moot**.