**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01408-REB-MEH

HOLLAND & HART, LLP,

      Plaintiff,

v.

HARRY A. MILLS, and
MICRO-MACRO INTERNATIONAL, INC.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Stipulated Motion for Dismissal With Prejudice** [#86] filed May 8, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion for Dismissal With Prejudice** [#86] filed May 8, 2009, is **GRANTED**;

      2.  That the Trial Preparation Conference set for October 16, 2009, is **VACATED**;

      3.  That the jury trial set to commence November 2, 2009, is **VACATED**;

      4.  That any pending motion is **DENIED** as moot; and

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated May 11, 2009, at Denver, Colorado.

BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge