**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01408-REB-MEH

HOLLAND & HART, LLP,

      Plaintiff,

v.

HARRY A. MILLS, and
MICRO-MACRO INTERNATIONAL, INC.,

      Defendants.

---

**MINUTE ORDER[1]**

---

      The matter comes before the court on the **Stipulated Motion for Clarification of Court's Order of Dismissal** [#89] filed May 12, 2009.  The motion is **GRANTED**.  The court shall amend it's **Order of Dismissal** [#88] entered May 11, 2009, containing the language that this court will retain jurisdiction to enforce the settlement agreement of the parties as soon as practicable.

      Dated:  May 13, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.