**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01408-REB-MEH

HOLLAND & HART, LLP,

      Plaintiff,

v.

HARRY A. MILLS, and
MICRO-MACRO INTERNATIONAL, INC.,

      Defendants.

**AMENDED
ORDER OF DISMISSAL**

**Blackburn, J.**

The matter before me again is the **Stipulated Motion for Dismissal With Prejudice** [#86] filed May 8, 2009.  After careful review of the motion and the file, I continue to conclude that the motion should be granted and that this action should be dismissed with prejudice. I enter this amended order to include the requirement that I retain jurisdiction of this action to enforce the parties' settlement agreement, consistent with the parties request that I do so as stated in the parties' **Stipulated Motion for Clarification of Court's Order of Dismissal** [#89] filed May 12, 2009, which I granted by **Minute Order** [#90] entered May 13, 2009.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion for Dismissal With Prejudice** [#86] filed May 8, 2009, is **GRANTED**;

2.  That the Trial Preparation Conference set for October 16, 2009, is **VACATED**;

3. That the jury trial set to commence November 2, 2009, is **VACATED**;

4. That any pending motion is **DENIED** as moot;

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

6. That this court shall retain jurisdiction over the parties to effectuate the purposes and enforce the provisions of the parties' settlement agreement and all matters arising thereunder, until each and every act agreed to be performed by the parties shall have been performed pursuant to the settlement agreement; and

7. That this order **SHALL SUPPLANT** and **SUPERSEDE** the **Order of Dismissal** [#88] entered May 11, 2009.

Dated May 13, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge