IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  08-cv-01408-REB-MEH | Date:   November 24, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| HOLLAND & HART LLP, | Carolyn J. Fairless |
| | Michael L. O'Donnell |
| Plaintiff, | Ramona L. Lampley |
| vs. | |
| HARRY A. MILLS and | (No appearance) |
| MICRO-MACRO INTERNATIONAL, INC., | |
| Defendant, | |
| E.I. DU PONT DE NEMOURS, | Jason L. Peltz |
| | Karma Giulianelli |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:      10:11 a.m.**

Court calls case.  Appearances of counsel.  Also present:  Craig Stewart and Peter Houtsma.

Argument and discussion regarding Dupont's Motion to Modify the Protective Order (Doc. #104, filed 10/13/09).

The Court takes the matter under advisement.

**Court in recess:       11:02 a.m.   (Hearing concluded)**
**Total time in court:**  0:51